**FILED**
CLERK, U.S. DISTRICT COURT
8/2/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____pk_____ DEPUTY

1. BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2. E. MARTIN ESTRADA
   United States Attorney
3. DAVID M. HARRIS, AUSA
   Chief, Civil Division
4. ROSS M. CUFF, AUSA
   Chief, Civil Fraud Section
5. KAREN Y. PAIK (Cal. Bar No. 288851)
   Assistant United States Attorney
6.     Room 7516, Federal Building
7.     300 N. Los Angeles Street
       Los Angeles, California 90012
       T: 213.894.8561 | F: 213.894.7819
8.     Email: Karen.Paik@usdoj.gov
   JAMIE ANN YAVELBERG
9. MICHAL TINGLE
   DONALD J. WILLIAMSON
10. Attorneys, Civil Division
    United States Department of Justice
11.     P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
12.     T: (202) 598-0589 | F: (202) 616-3085
    Email: Don.Williamson@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 21-03857 DSF (PDx)<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION] |

| | |
|---|---|
| 1 | BRIAN M. BOYNTON |
| | Principal Deputy Assistant Attorney General |
| 2 | E. MARTIN ESTRADA |
| | United States Attorney |
| 3 | DAVID M. HARRIS, AUSA |
| | Chief, Civil Division |
| 4 | ROSS M. CUFF, AUSA |
| | Chief, Civil Fraud Section |
| 5 | KAREN Y. PAIK (Cal. Bar No. 288851) |
| | Assistant United States Attorney |
| 6 |   Room 7516, Federal Building |
| |   300 N. Los Angeles Street |
| 7 |   Los Angeles, California 90012 |
| |   T: 213.894.8561 | F: 213.894.7819 |
| 8 |   Email: Karen.Paik@usdoj.gov |
| | JAMIE ANN YAVELBERG |
| 9 | MICHAL TINGLE |
| | DONALD J. WILLIAMSON |
| 10 | Attorneys, Civil Division |
| | United States Department of Justice |
| 11 |   P.O. Box 261, Ben Franklin Station |
| |   Washington, D.C. 20044 |
| 12 |   T: (202) 598-0589 | F: (202) 616-3085 |
| | Email: Don.Williamson@usdoj.gov |
| 13 | |
| | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* TRJ, LLC, | No. CV 21-03857 DSF (PDx) |
| Plaintiffs, | UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION |
| v. | **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |
| TRANSDIGM GROUP, INC., an Ohio corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | [FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION] |

| | |
|---|---|
| 1 | Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of |
| 2 | America ("United States") hereby notifies the Court of its decision not to intervene in the |
| 3 | above-captioned action. |
| 4 | Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) permits |
| 5 | the *qui tam* plaintiff TRJ, LLC ("Relator"), to maintain this action in the name of the |
| 6 | United States provided, however, that the "action may be dismissed only if the court and |
| 7 | the Attorney General give written consent to the dismissal and their reasons for |
| 8 | consenting." *Id.*  Notwithstanding this language, the Ninth Circuit has held that the |
| 9 | United States has the right only to a hearing when it objects to a settlement or dismissal |
| 10 | of the action.  *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); |
| 11 | *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). |
| 12 | Accordingly, should either the Relator or the defendant propose that this action be |
| 13 | dismissed, settled, or otherwise discontinued, the United States requests that the parties |
| 14 | notify the United States of the same, and the Court provide the United States with an |
| 15 | opportunity to be heard before ruling or granting its approval. |
| 16 | Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that |
| 17 | all pleadings filed in this action be served upon the United States; the United States also |
| 18 | requests that orders issued by the Court in this action be sent to the United States' |
| 19 | counsel. The United States reserves its right to order any deposition transcripts, to |
| 20 | intervene in this action at a later date, for good cause, and to seek the dismissal of this |
| 21 | action or any claims therein.  The United States also requests that it be served with all |
| 22 | notices of appeal in this action. |
| 23 | Finally, the United States requests that the Relator's Complaint (including any |
| 24 | amended complaints), this Notice (and the accompanying Proposed Order), and the |
| 25 | Court's Order in response to this Notice be unsealed.  The United States further requests |
| 26 | that all other papers filed or lodged in this action before the date of this Notice shall |
| 27 | remain permanently under seal because such papers were provided by law to the Court |
| 28 | alone for the sole purpose of discussing the content and extent of the United States' |

investigation and, thereby, evaluating whether the seal and time for making an election to intervene should be extended. Those prior filings—especially the United States' *ex parte* Memoranda of Points and Authorities supporting its applications for extensions of the seal and the time to investigate and decide whether to intervene—revealed the content, extent, timing, order, nature, and anticipated steps of the United States' investigation. As such, those filings reveal or reflect steps taken based on attorney analysis, government deliberations, and strategic decisions taken by the United States The United States' filings were provided by law to the Court alone and for the sole purpose of allowing the Court to evaluate whether the seal and the time for making an election to intervene should be extended so that the United States could continue its covert investigation.

      A Proposed Order is lodged concurrently herewith.

Dated: August 2, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
JAMIE ANN YAVELBERG
MICHAL TINGLE
DONALD J. WILLIAMSON
Attorneys, Civil Division

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section

_____
KAREN Y. PAIK
Assistant United States Attorney
Attorneys for the United States of America

**PROOF OF SERVICE BY E-MAIL**

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 2, 2024, I served the UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION on each person or entity named below by e-mail.

Date of e-mailing: August 2, 2024. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

Wilshire Law Firm, PLC
Justin F. Marquez
Thiago M. Coelho
3055 Wilshire Blvd., 12 Floor
Los Angeles, California 90010
(213) 381-9988
*justin@wilshirelawfirm.com*
*thiago@wilshirelawfirm.com*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2024, at Los Angeles, California.

_____
CONNIE HOM